# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BRIAN TATE,<br><br>            Plaintiff,<br><br>    v.<br><br>EMPLOYERS MUTUAL CASUALTY COMPANY dba EMC INSURANCE COMPANIES,<br><br>            Defendant. | Case No. 2:16-cv-02566-APG-CWH<br><br>**ORDER DEEMING SHOW CAUSE ORDER SATISFIED** |

Based on the defendant's response (ECF No. 11) to the order to show cause, the court appears to have diversity jurisdiction over this case. The order to show cause (ECF No. 9) is therefore deemed satisfied and the case will not be dismissed at this time.

DATED this 6th day of December, 2016.

                                            ANDREW P. GORDON
                                            UNITED STATES DISTRICT JUDGE