**SAO**
JOHN E. GORMLEY, ESQ.
Nevada Bar No. 001611
MAX E. CORRICK, II, ESQ.
Nevada Bar No. 006609
OLSON, CANNON, GORMLEY,
ANGULO & STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, NV 89129
Phone: (702) 384-4012
Fax: (702)383-0701
jgormley@ocgas.com
mcorrick@ocgas.com
*Attorneys for Defendant EMPLOYERS MUTUAL CASUALTY COMPANY dba EMC INS. COS.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN TATE, <br><br> *Plaintiff,* <br><br> v. <br><br> EMPLOYERS MUTUAL CASUALTY COMPANY dba EMC INSURANCE COMPANIES; DOES 1 – 30, inclusive; and ROE CORPORATIONS 1 – 30, inclusive, <br><br> *Defendants.* | Case # 2:16-cv-02566-APG-CWH <br><br> [Clark County Case No. A-16-744601-C; Dept No. XXVII] |

### STIPULATION AND ORDER FOR DIMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED TO** by and between the parties hereto, through their respective counsel of record, that the above-entitled action be dismissed with prejudice, each party to bear their own costs;

/ / /

/ / /

1

**IT IS FURTHER STIPULATED AND AGREED** that no Trial date has been set in this matter.

DATED this 27 day of September, 2017.    DATED this 28 day of September, 2017.

LAW OFFICES OF ERIC R. BLANK    OLSON, CANNON, GORMLEY
                                ANGULO & STOBERSKI

_____    _____
WILLIAM PALMER, II, ESQ.          JOHN E. GORMLEY, ESQ.
Nevada Bar No. 1803               Nevada Bar No. 001611
ERIC BLANK, ESQ.                  MAX E. CORRICK, II, ESQ.
Nevada Bar No. 6910               Nevada Bar NO. 006609
7860 West Sahara Avenue, #110     9950 W. Cheyenne Avenue
Las Vegas, NV 89117               Las Vegas, NV 89129
*Attorneys for Plaintiff BRIAN TATE*  *Attorneys for Defendant*
                                  *EMPLOYERS MUTUAL CASUALTY CO.*
                                  *dba EMC INS. COS.*

**ORDER**

Based on the aforementioned Stipulation between the parties and their counsel,

**IT IS HEREBY ORDERED** that this case is DISMISSED with prejudice.

Dated: October 12, 2017.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

_____
JOHN E. GORMLEY, ESQ.
Nevada Bar No. 001611
MAX E. CORRICK, II, ESQ.
Nevada Bar No. 006609
OLSON, CANNON, GORMLEY,
ANGULO & STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, NV 89129
*Attorneys for Defendant EMC Ins. Cos.*